IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY HENRY AMES, )
         Petitioner, )
) Civil No. 03-1119-HU
    v. )
) O R D E R
MITCH MORROW, )
)
         Respondent. )
_____ )

    Christine Stebbins Dahl
    101 S. W. Main Street, Suite 1700
    Portland, Oregon 97204

        Attorney for Petitioner

    Hardy Myers
    Attorney General
    Lester R. Huntsinger
    Department of Justice
    1162 Court Street N. E.
    Salem, Oregon 97301-4096

        Attorneys for Respondent

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on October 11, 2005. Petitioner filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given de novo review of the rulings of Magistrate Judge Hubel. This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated October 11, 2005 in its entirety.

IT IS HEREBY ORDERED that Petitioner's habeas corpus petition (#3) is denied.

DATED this __8th__ day of November, 2005.

                                                /s/ Garr M. King
                                                      GARR M. KING
                                            United States District Judge